IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WHEELCHAIR SPECIALTIES, INC. d/b/a MOBILITY TRANSPORTATION SYSTEMS, DOE/DVR VENDOR #VF593084987002,

Petitioner,

v.

STATE OF FLORIDA, DEPARTMENT OF EDUCATION,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4244

Opinion filed January 6, 2017.

Petition to Review Non-Final Agency Action -- Original Jurisdiction.

Jean M. Henne, Winter Haven, and Michael D. LaBarbera, Tampa, for Petitioner.

Brent McNeal, Deputy General Counsel, Florida Department of Education, Tallahassee, for Respondent.

PER CURIAM.

DISMISSED. Cf. Hill v. Div. of Ret., 687 So. 2d 1376 (Fla. 1st DCA 1997) (where an otherwise reviewable administrative order has been entered, but not rendered, the review proceeding is premature and should be dismissed); see also

Sumner v. Bd. of Trustees, City of Pensacola Firefighters' Relief & Pension Fund, 78 So. 3d 123 (Fla. 1st DCA 2012). Any issue petitioner may have with respect to the Department's alleged failure to carry out its ministerial duty by rendering the order by filing it with the agency clerk can be addressed in a separate action, if necessary. Cf. Simmons v. Agency for Healthcare Admin., 950 So. 2d 431 (Fla. 1st DCA 2007).

ROBERTS, C.J., ROWE and WINSOR, JJ., CONCUR.